UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

TRANSMITTAL SHEET
(Notice of Appellate Action)

---

Date Notice filed: 10/28/2025

Style of Case: United States of America v. State of Oklahoma

Appellant: Oklahoma Students for Affordable Tuition

District Court No: 6:25-CV-00265-RAW-DES

Tenth Circuit Case No:

---

| ☐ Amended NOA | ☐ Cross Appeal |
| ☑ Interlocutory Appeal | ☐ Successive Petition (2254 or 2255) (no fee) |

---

Notice of appeal, docket entries and district court order transmitted to all parties and to 10th Circuit Court of Appeals:

Judge: Ronald A. White, U.S. District Judge

### **APPEAL FILED BY PRO SE**

| Appeal Fee Paid | ☑ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Mailed/Given | ☐ |
| Motion for IFP on Appeal Filed | ☐ |

### **APPEAL FILED BY COUNSEL**

| Appeal Fee Paid | ☐ |
| IFP Granted | ☐ |
| Motion for IFP on Appeal Form Made Available | ☐ |
| Motion for IFP on Appeal Filed | ☐ |
| Court Appointed Counsel (CJA/FPD) | ☐ |
| USA | ☐ |

---

Signature of: Rachel Keeling        Date: 10/30/2025        Phone: (918) 684-7920

APPEAL,CASREF

# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CIVIL DOCKET FOR CASE #: 6:25−cv−00265−RAW−DES

United States of America v. Oklahoma, State of
Assigned to: District Judge Ronald A. White
Referred to: Magistrate Judge D. Edward Snow
Cause: 28:2201 Constitutionality of State Statute(s)

Date Filed: 08/05/2025
Date Terminated: 08/29/2025
Jury Demand: None
Nature of Suit: 950 Constitutional − State Statute
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**United States of America**  represented by  **Elianis N. Perez**
US Department of Justice (Immigration)
PO Box 868
Ben Franklin Station
Washington, DC 20044
202−616−9124
Email: elianis.perez@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted−OKED*

**Aysha Iqbal**
Department of Justice (Oil)
PO Box 868
Ben Franklin Station
Washington, DC 20044
202−451−7672
Email: aysha.t.iqbal@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted−OKED*

V.

**Defendant**

**Oklahoma, State of**  represented by  **Garry M. Gaskins , II**
Oklahoma Attorney General (OKC)
313 NE 21st St
Oklahoma City, OK 73105
918−749−7378
Email: garry.gaskins@oag.ok.gov
*ATTORNEY TO BE NOTICED*
*Bar Status: Admitted−OKED*

**Gentner F. Drummond**
Oklahoma Attorney General (OKC)
313 NE 21st St

|  |  | Oklahoma City, OK 73105<br>405−521−3921<br>Email: gentner.drummond@oag.ok.gov<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted−OKED* |

**Movant**

| **Oklahoma Students for Affordable Tuition** | represented by | **Marvin Geovanny Lizama**<br>Lizama Law PLLC<br>907 S Detroit Ave, Ste 1330<br>Tulsa, OK 74120<br>918−850−2048<br>Email: marvin@lizamalaw.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted−OKED* |

V.

**amicus curiae**

| **Public Justice**<br>*Amicus Curiae* | represented by | **Sean Ouellette**<br>Public Justice, PC<br>1620 L St NW, Ste 630<br>Washington, DC 20036<br>202−797−8600<br>Email: souellette@publicjustice.net<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted−PHV*<br><br>**Nathan D. Richter**<br>Bison Law Firm<br>1609 Professional Circle<br>Yukon, OK 73099<br>405−407−0111<br>Email: nathan@bisonlawfirm.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Admitted−OKED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/05/2025 | 1 | CIVIL COVER SHEET by United States of America. (rak, Deputy Clerk) (Entered: 08/05/2025) |
| 08/05/2025 | 2 | COMPLAINT against Oklahoma, State of by United States of America. (rak, Deputy Clerk) (Entered: 08/05/2025) |
| 08/05/2025 | 3 | MINUTE ORDER by Court Clerk: Civil Summons may be issued electronically. Prepare the summons using the court's PDF version and email it to CM−ECFIntake_OKED@oked.uscourts.gov. (Re: 2 Complaint) (rak, Deputy Clerk) (Entered: 08/05/2025) |

| | | |
|---|---|---|
| 08/05/2025 | 4 | MINUTE ORDER by Court Clerk: The parties are advised that this case has been assigned to a U.S. Magistrate Judge. In accordance with 28 U.S.C., Section 636(c), the Magistrate Judge will exercise complete jurisdiction over all matters in this case including trial should all parties consent to jurisdiction. Consent or election of a District Judge Option may be exercised by completing the Consent Form (Civil Case Originally Assigned to Magistrate Judge) on this Court's website at https://www.oked.uscourts.gov/forms/all−forms/civil in accordance with the procedure outlined therein. If a party does not wish to consent to such jurisdiction, they must complete the Reassignment section. Completed forms should be submitted in PDF format to Consents_OKED@oked.uscourts.gov within twenty−one days. (rak, Deputy Clerk) (Entered: 08/05/2025) |
| 08/05/2025 | 5 | MINUTE ORDER by Court Clerk, Applicable parties are directed to file Disclosure Statements per FRCvP 7.1 within seven (7) days of this order, if they have not already done so. The parties shall use the form entitled Disclosure Statement available on the Court's website (please do not refile if already filed on non−court form unless directed to do so). If you have already filed your Disclosure Statement in this case, you are reminded to file a Supplemental Disclosure Statement within a reasonable time of any change in the information that the statement requires.(rak, Deputy Clerk) (Entered: 08/05/2025) |
| 08/05/2025 | 6 | ATTORNEY APPEARANCE by Gentner F. Drummond on behalf of Oklahoma, State of (Drummond, Gentner) (Entered: 08/05/2025) |
| 08/05/2025 | 7 | ATTORNEY APPEARANCE by Garry M. Gaskins, II on behalf of Oklahoma, State of (Gaskins, Garry) (Entered: 08/05/2025) |
| 08/05/2025 | 8 | MINUTE ORDER by Court Clerk: Pursuant to receipt of an election of the District Judge Option and in accordance with LCvR 40.1(c), this case is reassigned to District Judge Ronald A. White. Magistrate Judge D. Edward Snow no longer assigned to case. All documents filed in this case in the future shall reflect the new case number CIV−25−265−RAW. (tjm, Deputy Clerk) (Entered: 08/05/2025) |
| 08/05/2025 | 9 | Joint MOTION for Entry of Consent Judgment by United States of America Responses due by 8/19/2025 (Perez, Elianis) (Entered: 08/05/2025) |
| 08/06/2025 | 10 | MINUTE ORDER by District Judge Ronald A. White: The parties are advised that this case has been referred to U.S. Magistrate Judge D. Edward Snow for all pretrial and discovery matters, including dispositive motions, in accordance with 28 U.S.C., Section 636(b) and Fed. R. Civ. P. 72. All future filings shall bear the case number CIV−25−265−RAW−DES. (tls, Deputy Clerk) (Entered: 08/06/2025) |
| 08/07/2025 | 11 | REPORT AND RECOMMENDATION by Magistrate Judge D. Edward Snow (Re: 9 MOTION for Judgment ) Objections to R&R due by 8/12/2025. (tjm, Deputy Clerk) Modified on 8/12/2025 (tjm, Deputy Clerk). (Entered: 08/07/2025) |
| 08/12/2025 | 12 | MOTION for Leave to File Amicus Curiae Brief by Public Justice (With attachments) [NOTE: Attorney Nathan D. Richter added to party Public Justice(pty:am)]. Responses due by 8/26/2025 (Richter, Nathan) (Entered: 08/12/2025) |
| 08/13/2025 | 13 | NOTICE of Consent to Motion for Leave to File Amicus Brief (Re: 12 MOTION for Leave to File Amicus Curiae Brief) by Public Justice (Richter, Nathan) (Entered: 08/13/2025) |
| 08/13/2025 | 14 | |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                       |
|------------|----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | NOTICE Regarding Consent to Motion for Leave to File Amicus Brief (Re: 13 Notice (Other)) by Public Justice (Richter, Nathan) (Entered: 08/13/2025)                                                                                                                                                                                                                                                                   |
| 08/13/2025 | 15 | MOTION for Attorney Sean Ouellette to be Admitted Pro Hac Vice (paid $100 filing fee; receipt number AOKEDC–2127518) by Public Justice (With attachments) Responses due by 8/27/2025 (Richter, Nathan) (Entered: 08/13/2025)                                                                                                                                                                                           |
| 08/22/2025 | 16 | MINUTE ORDER by Magistrate Judge D. Edward Snow granting 15 MOTION for Attorney Sean Ouellette to be Admitted Pro Hac Vice provided that local counsel is present at all proceedings, unless otherwise ordered by the Court. This is conditioned on the filing of an entry of appearance and registration for electronic case filing by the applicant within seven (7) days from entry of this Order. See LCvR 83.4 and CM/ECF Administrative Guide of Policies and Procedures. (tjm, Deputy Clerk) (Entered: 08/22/2025) |
| 08/22/2025 | 17 | ATTORNEY APPEARANCE by Sean Ouellette on behalf of Public Justice (Ouellette, Sean) (Entered: 08/22/2025)                                                                                                                                                                                                                                                                                                             |
| 08/26/2025 | 18 | ATTORNEY APPEARANCE by Aysha Iqbal on behalf of Plaintiff (Iqbal, Aysha) (Entered: 08/26/2025)                                                                                                                                                                                                                                                                                                                        |
| 08/26/2025 | 19 | Joint RESPONSE in Opposition to Motion (Re: 12 MOTION for Leave to File) by Oklahoma, State of (Gaskins, Garry) (Entered: 08/26/2025)                                                                                                                                                                                                                                                                                 |
| 08/27/2025 | 20 | REPLY to Response to Motion (Re: 12 MOTION for Leave to File) by Public Justice (Ouellette, Sean) (Entered: 08/27/2025)                                                                                                                                                                                                                                                                                               |
| 08/29/2025 | 21 | MINUTE ORDER by District Judge Ronald A. White denying 12 Motion for Leave to File Amicus Curiae Brief (tls, Deputy Clerk) (Entered: 08/29/2025)                                                                                                                                                                                                                                                                      |
| 08/29/2025 | 22 | ORDER by District Judge Ronald A. White affirming and adopting 11 Report and Recommendation. The Joint Motion of Entry of Consent Judgment is granted. (Re: 9 MOTION for Judgment) (tls, Deputy Clerk) (Entered: 08/29/2025)                                                                                                                                                                                          |
| 08/29/2025 | 23 | ORDER AND FINAL CONSENT JUDGMENT by District Judge Ronald A. White granting 9 Joint Motion for Entry of Consent Judgment. (tls, Deputy Clerk) (Entered: 08/29/2025)                                                                                                                                                                                                                                                   |
| 10/27/2025 | 24 | Opposed MOTION to Intervene by Oklahoma Students for Affordable Tuition (With attachments) [NOTE: Attorney Marvin Geovanny Lizama added to party Oklahoma Students for Affordable Tuition(pty:intvd)]. Responses due by 11/10/2025(Lizama, Marvin) (Entered: 10/27/2025)                                                                                                                                               |
| 10/28/2025 | 25 | First MOTION for Attorney Luis L. Lozada to be Admitted Pro Hac Vice (paid $200 filing fee; receipt number AOKEDC–2155168) by Oklahoma Students for Affordable Tuition (With attachments) Responses due by 11/12/2025(Lizama, Marvin) (Entered: 10/28/2025)                                                                                                                                                           |
| 10/28/2025 | 26 | First MOTION for Attorney Fernando Nunez to be Admitted Pro Hac Vice (paid $100 filing fee; receipt number AOKEDC–2155178) by Oklahoma Students for Affordable Tuition (With attachments) Responses due by 11/12/2025(Lizama, Marvin) (Entered: 10/28/2025)                                                                                                                                                           |
| 10/28/2025 | 27 | ATTORNEY APPEARANCE by Marvin Geovanny Lizama on behalf of Oklahoma Students for Affordable Tuition (Lizama, Marvin) (Entered: 10/28/2025)                                                                                                                                                                                                                                                                            |
| 10/28/2025 | 28 |                                                                                                                                                                                                                                                                                                                                                                                                                       |

|  | NOTICE OF APPEAL to Circuit Court (paid $605 appeal fee; receipt number AOKEDC–2155334) (Re: 23 Ruling on Motion for Judgment ) by Oklahoma Students for Affordable Tuition (Lizama, Marvin) (Entered: 10/28/2025) |
|---|---|

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>STATE OF OKLAHOMA,<br><br>       Defendant,<br><br>and<br><br>OKLAHOMA STUDENTS FOR AFFORDABLE TUITION,<br><br>       Defendant-Intervenor. | Case No.: 6:25-cv-00265-RAW-DES |

**OKLAHOMA STUDENTS FOR AFFORDABLE**
**TUITION'S PROTECTIVE NOTICE OF APPEAL**

Oklahoma Students for Affordable Tuition ("OSAT") seeks to protect its right to appeal in the event that its Opposed Motion to Intervene is granted after the time to appeal the August 29, 2025, Order has run. Accordingly, OSAT gives notice that it appeals to the United States Court of Appeals for the Tenth Circuit from the Order and Final Consent Judgment entered into this action on August 29, 2025. Dkt. 23.

Dated: October 28, 2025

                                                                           Respectfully submitted,

                                                                           */s/ Marvin Lizama*
                                                      Marvin Lizama (Oklahoma Bar No. 21266)
                                                      **Lizama Law, PLLC**
                                                      907 S. Detroit Avenue, Suite 1330
                                                      Tulsa, OK 74120
                                                      918-850-2048
                                                      marvin@lizamalaw.com

                                                      and,

      /s/ Fernando Nunez
Thomas A. Saenz (California Bar No. 159430)+
Fernando Nuñez (California Bar No. 327390)*
Luis L. Lozada (California Bar No. 344357)*
**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
634 South Spring Street, 11th floor
Los Angeles, CA 90014
Facsimile: (213) 629-0266
Email: tsaenz@maldef.org
       fnunez@maldef.org
       llozada@maldef.org

*Attorneys for Oklahoma Students for Affordable Tuition*

+ *Admission pending*
\* *Pro Hac Vice pending*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2025, a true and correct copy of the foregoing document was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

*/s/ Marvin Lizama*
Marvin Lizama

2

7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>1. STATE OF OKLAHOMA,<br><br>       Defendant. | CIVIL No. 6:25-cv-00265-RAW<br><br><br><br><br><br>**ORDER AND FINAL**<br><br>**CONSENT JUDGMENT** |

Before the Court is the Parties' **Joint Motion for Entry of a Consent Judgment**. ECF No. 9. Having considered the Motion, the Complaint, and applicable law, the Court **GRANTS** the Motion. Accordingly, the Court hereby **DECLARES** that the challenged provisions, Oklahoma Statutes, Title 70, §3242, and Oklahoma State Regents for Higher Education Policy ("OSRHE") § 3.18.6, as applied to aliens who are not lawfully present in the United States, violates the Supremacy Clause and are unconstitutional and invalid.

The Court also hereby **PERMANENTLY ENJOINS** Defendant as well as its successors, agents, and employees, from enforcing Oklahoma Statutes, Title 70, §3242, and OSRHE § 3.18.6, as applied to aliens who are not lawfully present in the United States.

This final judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Clerk of the Court shall transmit a true copy of this judgment to the Parties.

SO ORDERED on this 29th day of August, 2025.

_____
RONALD A. WHITE
UNITED STATES DISTRICT JUDGE