FILED
United States Court of Appeals
Tenth Circuit

December 9, 2025

Christopher M. Wolpert
Clerk of Court

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> STATE OF OKLAHOMA, <br><br> Defendant - Appellee. <br><br> ------------------------------ <br><br> OKLAHOMA STUDENTS FOR AFFORDABLE TUITION, <br><br> Movant to Intervene - Appellant. | No. 25-7089 <br> (D.C. No. 6:25-CV-00265-RAW-DES) <br> (E.D. Okla.) |

_____

**ORDER**
_____

This matter is before the court on the State of Oklahoma's *Reply in Support of its Motion to Dismiss*. (Dkt. No. 24.)

The court refers the motion to dismiss (Dkt. No. 11) as well as the subsequent, associated briefing (Dkt. Nos. 21, 24) and the issues and arguments raised therein to the panel of judges that later will be assigned to consider this matter on its merits. No decision on the motion to dismiss will enter at this time.

The court lifts the suspension of regular proceedings it previously imposed in its November 14, 2025 order. (Dkt. No. 18.)

Requirements and deadlines pertaining to further proceedings in this appeal will be separately communicated to the parties.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk