FILED
United States Court of Appeals
Tenth Circuit

February 11, 2026

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

# FOR THE TENTH CIRCUIT

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

STATE OF OKLAHOMA,

    Defendant - Appellee.

------------------------------

OKLAHOMA STUDENTS FOR AFFORDABLE TUITION,

    Movant to Intervene - Appellant.

No. 25-7089
(D.C. No. 6:25-CV-00265-RAW-DES)
(E.D. Okla.)

_____

**ORDER**

_____

Before **MATHESON** and **BACHARACH**, Circuit Judges.

_____

This matter is before the court on Movant-Appellant Oklahoma Students for Affordable Tuition's Second Motion to Extend Opening Brief Deadline ("Motion") and The State of Oklahoma's Response Opposing the Motion to Extend Opening Briefing Deadlines ("Response"). Upon careful consideration of the Motion and Response, the court directs as follows.

The opening-brief deadline is extended to March 5, 2026. Consistent with our prior order refusing to abate briefing in this matter pending the district court's ruling on Appellant's motion to intervene, no further extensions will be granted on that basis or otherwise absent extraordinary circumstances. Any other relief requested in the Motion is denied.

Although a ruling on Appellant's motion to intervene might facilitate the resolution of at least some of the issues in this appeal, this matter will proceed to briefing on the merits in the absence of such a ruling. This court makes no comment on whether, due to the filing of this appeal, the district court retains jurisdiction to decide Appellant's motion to intervene or whether Appellant may want to avail itself of the indicative-ruling procedure set forth in Federal Rule of Civil Procedure 62.1 and Federal Rule of Appellate Procedure 12.1.

                                                Entered for the Court

                                                Per Curiam